MAKE: MD JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,

Plaintiffs,

vs.

J 2 M CONSTRUCTORS, INC., a California corporation,

Defendant.

CASE NO.: CV 08-03783 AHM (JWJx)

**JUDGMENT**

Upon application by plaintiffs herein for a default judgment pursuant to Fed. R. Civ. Proc. 55(b), and it appearing to the Court that the default of J 2 M Constructors, Inc., a California corporation was entered on September 4, 2008, in the office of the Clerk of this Court; and that no proceedings have been taken by the defendant since default was entered, and for good cause shown,

///

///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust, shall recover from defendant J 2 M Constructors, Inc., a California corporation, the principal amount of $19,835.57, attorneys' fees in the amount of $9,699.00, and costs of suit in the amount of $634.02, together with post-judgment interest as provided by law.

DATED: November 24, 2008

UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:
LAQUER, URBAN, CLIFFORD & HODGE LLP

By: */ S / - J. Paul Moorhead*
J. Paul Moorhead
Counsel for Plaintiffs